AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| LOUJAIN HATHLOUL ALHATHLOUL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:21-CV-01787-IM |
| DARKMATTER GROUP, ET AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MARC BAIER, RYAN ADAMS, and DANIEL GERICKE                                                                       .

Date:   03/09/2022

/s/ Clifford S. Davidson
*Attorney's signature*

Clifford S. Davidson, OSB No. 125378
*Printed name and bar number*

Snell & Wilmer LLP
1455 SW Broadway, Suite 1750
Portland, OR 97201
*Address*

csdavidson@swlaw.com
*E-mail address*

503-624-6800
*Telephone number*

503-624-6888
*FAX number*