**Nika Aldrich**, OSB #160306
Email: naldrich@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

*Of Attorneys for Defendant
DarkMatter Group*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LOUJAIN HATHLOUL ALHATHLOUL,**<br><br>            Plaintiff,<br><br>   vs.<br><br>**DARKMATTER GROUP, MARC BAIER, RYAN ADAMS, AND DANIEL GERICKE,**<br><br>            Defendants. | No. 3:21-cv-01787-IM<br><br>**NOTICE OF APPEARANCE OF NIKA ALDRICH** |

Nika Aldrich of Schwabe, Williamson & Wyatt, P.C., hereby appears as counsel of record for Defendant DarkMatter Group in the above-captioned case.

/ /

/ /

/ /

/ /

Page 1 -    NOTICE OF APPEARANCE OF NIKA ALDRICH

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax:503-796-2900

PDX\128898\204653\NFA\33186583.1

All further pleadings and notices should be directed to:

Nika Aldrich, OSB #160306
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900
Email: naldrich@schwabe.com

Dated this 10th day of March, 2022.

    Respectfully submitted,

    SCHWABE, WILLIAMSON & WYATT, P.C.


*s/ Nika Aldrich*
Nika Aldrich, OSB #160306
Email: naldrich@schwabe.com

*Of Attorneys for Defendant DarkMatter*

Page 2 -   NOTICE OF APPEARANCE OF NIKA ALDRICH

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax:503-796-2900

PDX\128898\204653\NFA\33186583.1