UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

LOUJAIN HATHLOUL ALHATHLOUL

Plaintiff(s),

v.

DARKMATTER, et al.,

Defendant(s).

Case No.: 3:21-cv-01787-IM

MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Attorney  Anthony T. Pierce  requests special admission *pro hac vice* to the Bar of the United States District Court for the District of Oregon in the above-captioned case for the purposes of representing the following party (or parties):

DarkMatter

In support of this application, I certify that: 1) I am an active member in good standing with the  D.C. & Virginia  State Bar; and 2) that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and this Court's Statement of Professionalism.

I understand that my admission to the Bar of the United States District Court for the District of Oregon is solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of the matter.

**(1)    PERSONAL DATA:**

Name:  Pierce                      Anthony                  T.
       *(Last Name)*              *(First Name)*           *(MI)*         *(Suffix)*

Agency/firm affiliation:  Akin Gump Strauss Hauer & Feld LLP

Mailing address:  2001 K Street, N.W.

City: Washington          State: D.C.          Zip: 20006

Phone number: (202) 887-4411          Fax number: (202) 887-4288

Business e-mail address: apierce@akingump.com

**(2) BAR ADMISSION INFORMATION**:

    **(a)** State bar admission(s), date(s) of admission, and bar number(s):
District of Columbia Bar, admitted 10/17/1988, D.C. Bar No. 415263;
Virginia State Bar, admitted 10/09/1987, VA Bar No. 27862

    **(b)** Other federal court admission(s) and date(s) of admission:
See Attachment A.

**(3) CERTIFICATION OF DISCIPLINARY ACTIONS**:

[✓] I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or subject to judicial sanctions.

[ ] I am now or have been subject to disciplinary action by a state or federal bar association or subject to judicial sanctions. (Attach letter of explanation.)

**(4) CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**
Pursuant to LR 83-3, I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5) CM/ECF REGISTRATION:**
I acknowledge that I will become a registered user of the Court's case management and electronic case filing system (CM/ECF) upon approval of this application, and I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and I certify that the above information is true and correct.

DATED: 3/12/2022

    /s/ Anthony T. Pierce
    (*Signature*)

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, provide the following information about local counsel, and obtain the signature of local counsel.

Name: __Aldrich__ __Nika__ __F.__
       (Last Name)   (First Name)   (MI)   (Suffix)

OSB number: __160306__

Agency/firm affiliation: __Schwabe Williamson & Wyatt PC__

Mailing address: __1211 SW Fifth Avenue, Suite 1900__

City: __Portland__   State: __OR__   Zip: __97204__

Phone number: __(503) 796-2494__   Fax number: __(503) 796-2900__

Business e-mail address: __naldrich@schwabe.com__

**CERTIFICATION OF ASSOCIATE LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number __3:21-cv-01787-IM__.

DATED: __3/12/2022__.

_____
(*Signature of Local Counsel*)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

## **ATTACHMENT A**

**Application of Anthony T. Pierce:**

Court Admissions:

- United States District Court for the Eastern District of Virginia, admitted 12/01/1989
- United States District Court for the District of Columbia, admitted 08/03/1992
- United States District Court for the District of Maryland, admitted 04/21/1997
- United States District Court for the Northern District of Florida, admitted 11/13/2015
- United States Bankruptcy Court for the Eastern District of Virginia, admitted 03/25/1992
- United States Court of Appeals for the Fourth Circuit, admitted 06/21/1998
- United States Court of Appeals for the District of Columbia Circuit, admitted 02/01/1991
- United States Court of Appeals for the Federal Circuit, admitted 11/21/2011
- United States Supreme Court, admitted 06/22/1992