**Nika Aldrich**, OSB #160306
Email: naldrich@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

*Of Attorneys for Defendant
DarkMatter Group*

**Clifford S. Davidson**, OSB #125378
Email: csdavidson@swlaw.com
SNELL & WILMER L.L.P.
1455 SW Broadway, Suite 1750
Portland, OR 97201
Telephone: (503) 624-6800
Facsimile: (503) 624-6888

*Attorney for Defendants
Marc Baier, Ryan Adams, and Daniel Gericke*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LOUJAIN HATHLOUL ALHATHLOUL,**<br><br>Plaintiff,<br><br>vs.<br><br>**DARKMATTER GROUP, MARC BAIER, RYAN ADAMS, AND DANIEL GERICKE,**<br><br>Defendants. | No. 3:21-cv-01787-IM<br><br>**SECOND JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS DARKMATTER GROUP, MARC BAIER, RYAN ADAMS, AND DANIEL GERICKE TO ANSWER AND/OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Page 1 -   SECOND JOINT UNOPPOSED MOTION FOR
EXTENSION OF TIME FOR DEFENDANTS TO
ANSWER PLAINTIFF'S COMPLAINT
PDX\139094\270787\NFA\33718819.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Fax:503-796-2900

## LOCAL RULE 7-1 CERTIFICATION

The undersigned counsel certify that counsel for Defendant DarkMatter and counsel for the Individual Defendants have conferred with Plaintiff's counsel, and Plaintiff does not oppose this motion.

## JOINT MOTION

Defendants DarkMatter Group ("DarkMatter"), Marc Baier, Ryan Adams, and Daniel Gericke, ("Individual Defendants," and collectively, "Defendants") by and through their undersigned counsel, hereby submit this Joint Unopposed Motion for Extension of Time to Answer and/or Otherwise Respond to Plaintiff's Complaint. Defendants seek an extension of one day to answer and/or otherwise respond to Plaintiff's Complaint. The current deadline for Defendants to file their Answer is May 30, 2022, which is a "Legal holiday;" Fed. R. Civ. P. 6(a)(6)(A); but which, in this instance, does not automatically roll forward to the next day. *Cf.* Fed. R. Civ. P. 6(a)(1) (date rolls forward only when the deadline is stated in a period of days, not when a specific date is provided by Court order).

Defendants filed their first Joint Unopposed Motion for Extension of Time to Answer and/or Otherwise Respond to Plaintiff's Complaint on March 10, 2022, which requested an extension "up to and including May 30, 2022, to answer and/or otherwise respond to Plaintiff's Complaint." (ECF 17.) Defendants were unaware that May 30 is Memorial Day, a legal holiday. The Court granted that motion, ordering that the "Defendants' answer or other responsive pleading is now due by May 30, 2022." (ECF 23.) Defendants now request a one-day extension of time in which to answer or otherwise respond to Plaintiff's Complaint, which would make the Answer due on the next business day, Tuesday, May 31.

Good cause exists and Defendants respectfully request that the Court grant this unopposed motion to extend the time by one day for Defendants DarkMatter, Marc Baier, Ryan Adams, and Daniel Gericke to answer and/or otherwise respond to Plaintiff's Complaint. The

Page 2 -   SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT

PDX\139094\270787\NFA\33718819.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Fax:503-796-2900

legal holiday makes it difficult to file a brief, as support personnel at Defendants' law firms are not available that day.  This request is made in good faith and not for purposes of delay.

Dated this 18th day of May, 2022.

Respectfully submitted,

SNELL & WILMER L.L.P.

*s/ Clifford S. Davidson* (by permission)
Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com

*Attorney for Defendants
Marc Baier, Ryan Adams, and Daniel Gericke*

SCHWABE, WILLIAMSON & WYATT, P.C.

*s/ Nika Aldrich*
Nika Aldrich, OSB #160306
Email: naldrich@schwabe.com

Anthony T. Pierce (*pro hac vice*)
Email: apierce@akingump.com
Caroline L. Wolverton (*pro hac vice*)
Email: cwolverton@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, D.C. 20006
Tel: (202) 887-4000
Fax: (202) 887-4288

Natasha G. Kohne (*pro hac vice*)
Email: nkohne@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Tel: (415) 765-9500
Fax: (415) 765-9501

*Attorneys for Defendant DarkMatter*

Page 3 - SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT

PDX\139094\270787\NFA\33718819.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax:503-796-2900