**BOISE MATTHEWS LLP**
Bridget M. Donegan, OSB No. 103753
805 SW Broadway, Suite 1900
Portland, OR 97205
(503) 228-0487
bridget@boisematthews.com

**FOLEY HOAG LLP**
Christopher E. Hart, MA BBO No. 625031
chart@foleyhoag.com
Anthony D. Mirenda, MA BBO No. 550587
adm@foleyhoag.com
Andrew Loewenstein, MA BBO No. 648074 (*pro hac vice pending*)
aloewenstein@foleyhoag.com
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1232

**ELECTRONIC FRONTIER FOUNDATION**
Sophia Cope, CA Bar No. 233428 (*pro hac vice pending*)
sophia@eff.org
David Greene, CA Bar No. 160107
davidg@eff.org
Mukund Rathi, CA Bar No. 330622
mukund@eff.org
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333

*Attorneys for Plaintiff Loujain Hathloul Alhathloul*

Page 1 – PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| LOUJAIN HATHLOUL ALHATHLOUL, | Civil No. 3:21-cv-01787-IM |
| Plaintiff, | |
| v. | **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |
| DARKMATTER GROUP, MARC BAIER, RYAN ADAMS, and DANIEL GERICKE | |
| Defendants. | |

### LOCAL RULE 7-1 CERTIFICATION

The undersigned counsel certify that counsel for Plaintiff have conferred with counsel for Defendants and Defendants do not oppose this motion.

### MOTION

Plaintiff Loujain Alhathloul ("Plaintiff") by and through her undersigned counsel, hereby submits this Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss. Plaintiff seeks to extend the deadline for filing a response to Defendants' Motion to Dismiss until July 14, 2022.

Defendant DarkMatter Group and each of the Individual Defendants (Marc Baier, Ryan Adams, and Daniel Gericke) served their Motion to Dismiss electronically through CM/ECF on May 31, 2022. (*See* Motion to Dismiss (ECF 28)). According to Local Rule 7-1(e), Plaintiff must file and serve any response within 14 days after service of the motion, which would make Plaintiff's response due on June 14, 2022.

Plaintiff requests an extension until July 14, 2022 to file her response, representing an extension of 30 days from the original deadline. Defendants agreed not to oppose this request.

Page 2 – PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

**BOISE MATTHEWS LLP**
805 SW Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 228-0487
Facsimile: (503) 227-5984

WHEREFORE Plaintiff hereby respectfully requests that the Court grant this unopposed

motion for an extension of time until July 14, 2022 for Plaintiff to file her response to

Defendants' Motion to Dismiss.

Dated: June 9, 2022.

Respectfully submitted,


**BOISE MATTHEWS LLP**

 /s Bridget M. Donegan
Bridget M. Donegan
OSB No. 103753
805 SW Broadway, Suite 1900
Portland, OR 97205
(503) 228-0487
bridget@boisematthews.com

**FOLEY HOAG LLP**
Christopher E. Hart
MA BBO No. 625031
Anthony D. Mirenda
MA BBO No. 550587
Andrew Loewenstein (*pro hac vice pending*)
MA BBO No. 648074
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
chart@foleyhoag.com
adm@foleyhoag.com
aloewenstein@foleyhoag.com

**ELECTRONIC FRONTIER FOUNDATION**
Sophia Cope (*pro hac vice pending*)
CA Bar No. 233428
David Greene
CA Bar No. 160107
Mukund Rathi
CA Bar No. 330622
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333
sophia@eff.org
davidg@eff.org
mukund@eff.org


*Attorneys for Plaintiff Loujain Hathloul Alhathloul*


Page 3 – PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

**BOISE MATTHEWS LLP**
805 SW Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 228-0487
Facsimile: (503) 227-5984