**BOISE MATTHEWS LLP**
Bridget M. Donegan, OSB No. 103753
805 SW Broadway, Suite 1900
Portland, OR 97205
(503) 228-0487
bridget@boisematthews.com

**FOLEY HOAG LLP**
Christopher E. Hart, MA BBO No. 625031
chart@foleyhoag.com
Anthony D. Mirenda, MA BBO No. 550587
adm@foleyhoag.com
Andrew Loewenstein, MA BBO No. 648074 (*pro hac vice pending*)
aloewenstein@foleyhoag.com
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1232

**ELECTRONIC FRONTIER FOUNDATION**
Sophia Cope, CA Bar No. 233428 (*pro hac vice pending*)
sophia@eff.org
David Greene, CA Bar No. 160107
davidg@eff.org
Mukund Rathi, CA Bar No. 330622
mukund@eff.org
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333

*Attorneys for Plaintiff Loujain Hathloul Alhathloul*

Page 1 – PLAINTIFF'S UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND REQUEST ENLARGEMENT OF PAGE AND WORD LIMIT

**BOISE MATTHEWS LLP**
805 SW Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 228-0487
Facsimile: (503) 227-5984

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LOUJAIN HATHLOUL ALHATHLOUL,<br><br>Plaintiff,<br><br>v.<br><br>DARKMATTER GROUP,<br>MARC BAIER,<br>RYAN ADAMS, and<br>DANIEL GERICKE<br><br>Defendants. | Civil No. 3:21-cv-01787-IM<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND REQUEST ENLARGEMENT OF PAGE AND WORD LIMIT** |

**LOCAL RULE 7-1 CERTIFICATION**

The undersigned counsel certify that counsel for Plaintiff have conferred with counsel for Defendants and Defendants do not oppose this motion.

**MOTION**

Plaintiff Loujain Alhathloul ("Plaintiff") by and through her undersigned counsel, hereby submits this Unopposed Motion for a Second Extension of Time to Respond to Defendants' Motion to Dismiss and Request Enlargement of the Page and Word Limit.  Plaintiff seeks to extend the deadline for filing a response to Defendants' Motion to Dismiss up to and until July 21, 2022 and requests permission to exceed the page and word limit by no more than ten additional pages or 2,000 words.

//

//

Page 2 – PLAINTIFF'S UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND REQUEST ENLARGEMENT OF PAGE AND WORD LIMIT

**BOISE MATTHEWS LLP**
805 SW Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 228-0487
Facsimile: (503) 227-5984

I.  **Time Extension**

Plaintiff filed her first Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss on June 9, 2022. (ECF 31). The Court granted that motion and ordered the Plaintiff's response due by July 14, 2022. (ECF 32). Plaintiff now requests an additional seven days to file her response, extending the deadline until July 21, 2022.

This request comes due to the unexpected illness of one of Plaintiff's attorneys. This illness has created unanticipated delay completing Plaintiff's response. Additionally, due to Plaintiff's location overseas and precautions that must be taken to communicate with her, undersigned counsel has faced delay meaningfully consulting with her on the response. These reasons provide good cause for a second extension.

II.  **Page and Word Limit Extension**

Plaintiff also requests permission to enlarge the page and word limit by no more than ten additional pages or 2,000 words.

Under Local Rule 7-2(b)(1), prior approval of the Court is required to file a memorandum that exceeds 11,000 words, or in the alternative, 35 pages.

Plaintiff requests permission to exceed the word and page limit provided in the Local Rules to ensure the response adequately presents all relevant background information and legal arguments for the Court. This request is necessary due to the complex, technical nature of the facts that underpin Plaintiff's claims. These facts involve not only the specific conduct of each of the four Defendants, but the mechanics of the software and hardware at issue. It will benefit the Court to have a complete view of these facts at this stage in the proceeding. Additionally, Plaintiff's filing also must respond to each of the numerous legal arguments asserted by

Page 3 – PLAINTIFF'S UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND REQUEST ENLARGEMENT OF PAGE AND WORD LIMIT

**BOISE MATTHEWS LLP**
805 SW Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 228-0487
Facsimile: (503) 227-5984

Defendants in their Motion to Dismiss.  This includes responding to theories of agency and jurisdiction, as well as the legal sufficiency Plaintiff's claims brought under two distinct statutes.

Together, these reasons provide good cause for Plaintiff's request.

WHEREFORE Plaintiff hereby respectfully requests that the Court grant this unopposed motion for second extension of time until July 21, 2022 for Plaintiff to file her response to Defendants' Motion to Dismiss and for permission to exceed the page and word limit by no more than ten additional pages or 2,000 words.

Dated: July 7, 2022.

Respectfully submitted,

**BOISE MATTHEWS LLP**

  /s Bridget M. Donegan
Bridget M. Donegan
OSB No. 103753
805 SW Broadway, Suite 1900
Portland, OR 97205
(503) 228-0487
bridget@boisematthews.com

**FOLEY HOAG LLP**
Christopher E. Hart
MA BBO No. 625031
Anthony D. Mirenda
MA BBO No. 550587
Andrew Loewenstein (*pro hac vice pending*)
MA BBO No. 648074
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
chart@foleyhoag.com
adm@foleyhoag.com
aloewenstein@foleyhoag.com

Page 4 – PLAINTIFF'S UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND REQUEST ENLARGEMENT OF PAGE AND WORD LIMIT

BOISE MATTHEWS LLP
805 SW Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 228-0487
Facsimile: (503) 227-5984

**ELECTRONIC FRONTIER FOUNDATION**
Sophia Cope (*pro hac vice pending*)
CA Bar No. 233428
David Greene
CA Bar No. 160107
Mukund Rathi
CA Bar No. 330622
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333
sophia@eff.org
davidg@eff.org
mukund@eff.org

*Attorneys for Plaintiff Loujain Hathloul Alhathloul*

Page 5 – PLAINTIFF'S UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND REQUEST ENLARGEMENT OF PAGE AND WORD LIMIT

**BOISE MATTHEWS LLP**
805 SW Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 228-0487
Facsimile: (503) 227-5984