**Nika Aldrich**, OSB #160306
Email: naldrich@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: (503) 222-9981
Facsimile: (503) 796-2900

**Anthony T. Pierce** (*pro hac vice*)
Email: apierce@akingump.com
**Caroline L. Wolverton** (*pro hac vice*)
Email: cwolverton@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K St., N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

 *Attorneys for Defendant DarkMatter Group*

(*A complete list of counsel appears on the signature page.*)

**Clifford S. Davidson**, OSB #125378
Email: csdavidson@swlaw.com
SNELL & WILMER L.L.P.
1455 SW Broadway, Suite 1750
Portland, OR 97201
Telephone: (503) 624-6800
Facsimile: (503) 624-6888

 *Attorney for Defendants Marc Baier, Ryan Adams, & Daniel Gericke*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LOUJAIN HATHLOUL ALHATHLOUL,** <br><br> Plaintiff, <br><br> vs. <br><br> **DARKMATTER GROUP, MARC BAIER, RYAN ADAMS, AND DANIEL GERICKE,** <br><br> Defendants. | Case No. 3:21-cv-01787-IM <br><br> **JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS DARKMATTER GROUP, MARC BAIER, RYAN ADAMS, AND DANIEL GERICKE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |

Page 1 -    JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO REPLY ISO MOTION TO DISMISS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Fax: 503-796-2900

**LOCAL RULE 7-1 CERTIFICATION**

Counsel for Defendant DarkMatter certifies that he conferred with Plaintiff's counsel and with counsel for Defendants Marc Baier, Ryan Adams, and Daniel Gericke. The Individual Defendants join this motion, and Plaintiff does not oppose.

**MOTION**

Defendants DarkMatter Group ("DarkMatter"), Marc Baier, Ryan Adams, and Daniel Gericke, ("Individual Defendants," and collectively, "Defendants") by and through their undersigned counsel, hereby submit this Joint Unopposed Motion for Extension of Time to file their Reply in Support of their Motion to Dismiss. Defendants seek an extension up to and including September 9, 2022 within which to file their Reply.

Defendants filed their Motion to Dismiss on May 31, 2022. (ECF 28.) Plaintiff filed her Opposition to the Motion to Dismiss on July 21, 2022, (ECF 35) after the Court granted two Unopposed Motions for Extension of Time (ECFs 31 and 33), which extended Plaintiff's deadline to respond to Defendants' Motion to Dismiss by a total of 37 days. The deadline for Defendants to file their Reply in Support is currently August 4, 2022.

Defendants assert that good cause exists for the requested 35-day extension because Plaintiff filed a 44-page brief plus an additional 25-page document in support, and it will take Defendants time to coordinate and prepare their response. Additionally, Defendants' counsel have pre-planned trial preparations, oral argument on appeal in other cases, briefing due in other cases, and travel scheduled over this response period.

This request is made in good faith and not for purposes of delay.

Page 2 -   JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO REPLY ISO MOTION TO DISMISS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax:503-796-2900

Dated this 25th day of July, 2022.

                                              Respectfully submitted,

| SNELL & WILMER L.L.P. | SCHWABE, WILLIAMSON & WYATT, P.C. |
|---|---|
| *s/ Clifford S. Davidson* (by permission)<br>Clifford S. Davidson, OSB No. 125378<br>Email: csdavidson@swlaw.com<br><br>*Attorney for Defendants*<br>*Marc Baier, Ryan Adams, and Daniel Gericke* | *s/ Nika Aldrich*<br>Nika Aldrich, OSB #160306<br>Email: naldrich@schwabe.com<br><br>Anthony T. Pierce (*pro hac vice*)<br>Email: apierce@akingump.com<br>Caroline L. Wolverton (*pro hac vice*)<br>Email: cwolverton@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>Natasha G. Kohne (*pro hac vice*)<br>Email: nkohne@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>580 California Street, Suite 1500<br>San Francisco, CA 94104<br>Tel: (415) 765-9500<br>Fax: (415) 765-9501<br><br>*Attorneys for Defendant DarkMatter* |

Page 3 -   JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO REPLY ISO MOTION TO DISMISS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Fax:503-796-2900

PDX\NFA\34322227.2