**BOISE MATTHEWS DONEGAN LLP**
Bridget M. Donegan, OSB No. 103753
805 SW Broadway, Suite 1900
Portland, OR 97205
(503) 228-0487
bridget@boisematthews.com

**FOLEY HOAG LLP**
Christopher E. Hart, MA BBO No. 625031
chart@foleyhoag.com
Anthony D. Mirenda, MA BBO No. 550587
adm@foleyhoag.com
Andrew Loewenstein, MA BBO No. 648074 (*pro hac vice pending*)
aloewenstein@foleyhoag.com
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1232

**ELECTRONIC FRONTIER FOUNDATION**
David Greene, CA Bar No. 160107
davidg@eff.org
Mukund Rathi, CA Bar No. 330622
mukund@eff.org
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333

*Attorneys for Plaintiff Loujain Hathloul Alhathloul*

PAGE 1 – PLAINTIFF'S NOTICE OF INTENT TO FILE AMENDED COMPLAINT

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LOUJAIN HATHLOUL ALHATHLOUL,<br><br>Plaintiff,<br><br>v.<br><br>DARKMATTER GROUP,<br>MARC BAIER,<br>RYAN ADAMS, and<br>DANIEL GERICKE<br><br>Defendants. | Civil No. 3:21-cv-01787-IM<br><br>**PLAINTIFF'S NOTICE OF INTENT TO FILE AMENDED COMPLAINT** |

## NOTICE OF INTENT TO FILE AMENDED COMPLAINT

Pursuant to the Court's Opinion and Order Granting Defendants' Motion to Dismiss, which dismissed Plaintiff's Complaint "without prejudice and with leave to amend," *see* ECF 44, at 23, Plaintiff Loujain Alhathloul, by and through her undersigned counsel, hereby notifies the Court of her intent to file an Amended Complaint. Plaintiff intends to file her Amended Complaint no later than April 17, 2023, which is "within thirty days of the issuance of [the Court's] Opinion and Order." ECF 44, at 23.

Dated: March 29, 2023.

Respectfully submitted,

**BOISE MATTHEWS DONEGAN LLP**

*/s Bridget M. Donegan*
Bridget M. Donegan
OSB No. 103753
805 SW Broadway, Suite 1900
Portland, OR 97205
(503) 228-0487
bridget@boisematthews.com

PAGE 2 – PLAINTIFF'S NOTICE OF INTENT TO FILE AMENDED COMPLAINT

**FOLEY HOAG LLP**
Christopher E. Hart
MA BBO No. 625031
Anthony D. Mirenda
MA BBO No. 550587
Andrew Loewenstein (*pro hac vice pending*)
MA BBO No. 648074
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
chart@foleyhoag.com
adm@foleyhoag.com
aloewenstein@foleyhoag.com

**ELECTRONIC FRONTIER FOUNDATION**
David Greene
CA Bar No. 160107
Mukund Rathi
CA Bar No. 330622
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333
davidg@eff.org
mukund@eff.org

*Attorneys for Plaintiff Loujain Hathloul Alhathloul*