**BOISE MATTHEWS DONEGAN LLP**
Bridget M. Donegan, OSB No. 103753
805 SW Broadway, Suite 1900
Portland, OR 97205
(503) 228-0487
bridget@boisematthews.com

**FOLEY HOAG LLP**
Christopher E. Hart, MA BBO No. 625031
chart@foleyhoag.com
Anthony D. Mirenda, MA BBO No. 550587
adm@foleyhoag.com
Andrew Loewenstein, MA BBO No. 648074
aloewenstein@foleyhoag.com
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1232

**ELECTRONIC FRONTIER FOUNDATION**
David Greene, CA Bar No. 160107
davidg@eff.org
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333

*Attorneys for Plaintiff Loujain Hathloul Alhathloul*

PAGE 1 –   PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
            AMENDED COMPLAINT

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LOUJAIN HATHLOUL ALHATHLOUL, | Civil No. 3:21-cv-01787-IM |
| Plaintiff, | |
| v. | **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |
| DARKMATTER GROUP, MARC BAIER, RYAN ADAMS, and DANIEL GERICKE | |
| Defendants. | |

**LOCAL RULE 7-1 CERTIFICATION**

The undersigned counsel certify that counsel for Plaintiff have conferred with counsel for Defendants and Defendants do not oppose this motion.

**MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

Plaintiff Loujain Alhathloul, by and through her undersigned counsel, hereby submits this Unopposed Motion for Extension of Time to File Amended Complaint. Plaintiff seeks to extend the deadline for filing her Amended Complaint up to and until May 8, 2023.

On March 16, 2023, the Court issued its Opinion and Order Granting Defendants' Motion to Dismiss, which dismissed Plaintiff's Complaint "without prejudice and with leave to amend," *see* ECF 44, at 23. Pursuant to the Court's Order, Plaintiff filed her Notice of Intent to File an Amended Complaint on March 29, 2023, stating her intention to file an Amended Complaint "within thirty days of the issuance of [the Court's] Opinion and Order," which is April 17, 2023. *See* ECF 44, at 23; ECF 46, at 1.

PAGE 2 –   PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Plaintiff now requests an additional 21 days to file her Amended Complaint, extending the deadline until May 8, 2023. This is Plaintiff's first Motion for Extension of Time to File Amended Complaint. Defendants agreed not to oppose this request.

The request comes due to Plaintiff's location overseas and precautions that must be taken to communicate with her securely, which has meaningfully delayed counsel's ability to consult with her to obtain additional information needed for the Amended Complaint. This reason provides good cause for an extension.

WHEREFORE Plaintiff hereby respectfully requests that the Court grant this unopposed motion for an extension of time to file an Amended Complaint until May 8, 2023.

Dated: April 12, 2023.

Respectfully submitted,

**BOISE MATTHEWS DONEGAN LLP**

/s Bridget M. Donegan
Bridget M. Donegan
OSB No. 103753
805 SW Broadway, Suite 1900
Portland, OR 97205
(503) 228-0487
bridget@boisematthews.com

**FOLEY HOAG LLP**
Christopher E. Hart
MA BBO No. 625031
Anthony D. Mirenda
MA BBO No. 550587
Andrew Loewenstein
MA BBO No. 648074
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
chart@foleyhoag.com
adm@foleyhoag.com
aloewenstein@foleyhoag.com

PAGE 3 –   PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
AMENDED COMPLAINT

**ELECTRONIC FRONTIER FOUNDATION**
David Greene
CA Bar No. 160107
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333
davidg@eff.org

*Attorneys for Plaintiff Loujain Hathloul Alhathloul*