**Nika Aldrich**, OSB #160306
Email: naldrich@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

*Of Attorneys for Defendant*
*DarkMatter Group*

**Clifford S. Davidson**, OSB #125378
Email: csdavidson@swlaw.com
SNELL & WILMER L.L.P.
1455 SW Broadway, Suite 1750
Portland, OR 97201
Telephone: (503) 624-6800
Facsimile: (503) 624-6888

*Attorney for Defendants*
*Marc Baier, Ryan Adams, and Daniel Gericke*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LOUJAIN HATHLOUL ALHATHLOUL,**<br><br>Plaintiff,<br><br>vs.<br><br>**DARKMATTER GROUP, MARC BAIER, RYAN ADAMS,** and **DANIEL GERICKE,**<br><br>Defendants. | No. 3:21-cv-01787-IM<br><br>**JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS DARKMATTER GROUP, MARC BAIER, RYAN ADAMS, AND DANIEL GERICKE TO ANSWER AND/OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Page 1 -   JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Fax: 503-796-2900

## LOCAL RULE 7-1 CERTIFICATION

The undersigned counsel certify that counsel for Defendant DarkMatter and counsel for the Individual Defendants have conferred with Plaintiff's counsel, and Plaintiff does not oppose this motion.

## JOINT MOTION

Defendants DarkMatter Group ("DarkMatter"), Marc Baier, Ryan Adams, and Daniel Gericke, ("Individual Defendants," and collectively, "Defendants") by and through their undersigned counsel, hereby submit this Joint Unopposed Motion for Extension of Time to Answer and/or Otherwise Respond to Plaintiff's Complaint. Defendants seek an extension up to and including July 10 to answer and/or otherwise respond to Plaintiff's First Amended Complaint. The current deadline for Defendants to file their Answer is May 22, 2023.

Good cause exists because Plaintiff recently filed a 52-page First Amended Complaint with a number of additional facts. Defendants, who are all overseas, need to coordinate with counsel on two coasts to respond to the First Amended Complaint. The current deadline under the Rules would pose substantial strain on counsel, who are all working on a variety of other matters. It should further be noted that there are three national holidays over the forthcoming weeks, in addition to a major holiday in the United Arab Emirates, all of which further impacts counsel's ability to prepare a response.

Defendants respectfully request that the Court grant this unopposed motion to extend the time up to and including July 10, 2023, for Defendants DarkMatter, Marc Baier, Ryan Adams, and Daniel Gericke to answer and/or otherwise respond to Plaintiff's First Amended Complaint. This request is made in good faith and not for purposes of delay.

//
//
//
//

Page 2 -   UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax:503-796-2900

Dated this 11th day of May, 2023.

                                                                                                      Respectfully submitted,

| SNELL & WILMER L.L.P. | SCHWABE, WILLIAMSON & WYATT, P.C. |
|---|---|
| *s/ Clifford S. Davidson* (by permission)<br>Clifford S. Davidson, OSB No. 125378<br>csdavidson@swlaw.com<br><br>*Attorney for Defendants*<br>*Marc Baier, Ryan Adams, and Daniel Gericke* | *s/ Nika Aldrich*<br>Nika Aldrich, OSB #160306<br>Email: naldrich@schwabe.com<br><br>Anthony T. Pierce (*pro hac vice*)<br>Email:  apierce@akingump.com<br>Caroline L. Wolverton (*pro hac vice*)<br>Email:  cwolverton@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2001 K Street N.W.<br>Washington, D.C. 20006<br>Tel: (202) 887-4000<br>Fax: (202) 887-4288<br><br>Natasha G. Kohne (*pro hac vice*)<br>Email:  nkohne@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>580 California Street, Suite 1500<br>San Francisco, CA 94104<br>Tel: (415) 765-9500<br>Fax: (415) 765-9501<br><br>*Attorneys for Defendant DarkMatter* |

Page 3 -    UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax:503-796-2900

PDX\139094\270787\NFA\36629344.1