DocuSign Envelope ID: 97389F12-E2A9-49C5-8646-67A452040F4E

Clifford S Davidson , OSB No. 125378
csdavidson@swlaw.com
SNELL & WILMER L.L.P.
1455 SW Broadway, Suite 1750
Portland, Oregon  97201
Telephone:  503.624.6800
Facsimile:  503.624.6888
Attorneys for Defendants Marc Baier, Ryan Adams
and Daniel Gericke

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| LOUJAIN HATHLOUL ALHATHLOUL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DARKMATTER GROUP, MARC BAIER, RYAN ADAMS, and DANIEL GERICKE,<br><br>　　　　Defendants. | Case No. 3:21-CV-01787-IM<br><br>SECOND DECLARATION OF RYAN ADAMS |

SECOND DECLARATION OF RYAN ADAMS

## DECLARATION OF RYAN ADAMS

I, Ryan Adams, declare:

1. I am a defendant in this action. I am over the age of 18. I make this declaration based on personal knowledge. If called upon to do so, I would testify truthfully as follows.

2. I am not domiciled in Oregon.

3. I have never resided in Oregon and do not consider it my home.

4. I do not own real property in Oregon and never have.

5. I do not have an Oregon driver's license and never have.

6. I am not an Oregon voter, nor have I ever been.

7. My only connection to Oregon is that my wife's family lives there.

8. I am not a resident of any state, territory, protectorate, or other United States jurisdiction. I am domiciled in the Middle East and have been for approximately 13 years.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 7/10/2023.

DocuSigned by:

*Ryan Adams*

5C5600A380604D8...

Ryan Adams

4887-9913-3806