**BOISE MATTHEWS DONEGAN LLP**
Bridget M. Donegan, OSB No. 103753
805 SW Broadway, Suite 1900
Portland, OR 97205
(503) 228-0487
bridget@boisematthews.com

*Attorneys for Plaintiff Loujain Hathloul Alhathloul*

**FOLEY HOAG LLP**
Christopher E. Hart, MA BBO No. 625031
chart@foleyhoag.com
Anthony D. Mirenda, MA BBO No. 550587
adm@foleyhoag.com
Andrew Loewenstein, MA BBO No. 648074
aloewenstein@foleyhoag.com
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1232

*Attorneys for Plaintiff Loujain Hathloul Alhathloul*

**ELECTRONIC FRONTIER FOUNDATION**
David Greene, CA Bar No. 160107
davidg@eff.org
Sophia Cope, CA Bar No. 233428
sophia@eff.org
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333

*Attorneys for Plaintiff Loujain Hathloul Alhathloul*

**CENTER FOR JUSTICE AND ACCOUNTABILITY**
Daniel McLaughlin, CA Bar No. 315326
dmclaughlin@cja.org
Claret Vargas, MA BBO No. 679565
cvargas@cja.org
Carmen Cheung Ka Man, NY Bar No. 4132882
ccheung@cja.org
268 Bush St. #3432
San Francisco, CA 94104
(415) 544-0444

*Attorneys for Plaintiff Loujain Hathloul Alhathloul*

PAGE 1 – PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' JOINT MOTION TO DISMISS FIRST AMENDED COMPLAINT

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LOUJAIN HATHLOUL ALHATHLOUL,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>DARKMATTER GROUP,<br>MARC BAIER,<br>RYAN ADAMS, and<br>DANIEL GERICKE<br><br>　　　　　　　　Defendants. | Civil No. 3:21-cv-01787-IM<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' JOINT MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

**LOCAL RULE 7-1 CERTIFICATION**

The undersigned counsel certify that counsel for Plaintiff have conferred with counsel for Defendants and Defendants assented to this motion.

**MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' JOINT MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Plaintiff Loujain Alhathloul, by and through her undersigned counsel, hereby submits this Unopposed Motion for Extension of Time to Respond to Defendants' Joint Motion to Dismiss First Amended Complaint. Plaintiff seeks to extend the deadline for filing her response up to and until September 12, 2023.

Defendants served their Joint Motion to Dismiss electronically through CM/ECF on July 10, 2023. (*See* Joint Motion to Dismiss First Amended Complaint (ECF 63)). According to Local Rule 7-1(e), Plaintiff must file and serve any response within 14 days after service of the motion, which would make Plaintiff's response due on July 24, 2023.

PAGE 2 –  PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO
　　　　　 RESPOND TO DEFENDANTS' JOINT MOTION TO DISMISS FIRST
　　　　　 AMENDED COMPLAINT

Plaintiff requests an extension up to and until September 12, 2023, to file her response. Defendants assented to this request.

The request comes due to Plaintiff's location overseas, and precautions that must be taken to communicate with her securely, which meaningfully delay counsel's ability to discuss the case with her. In addition, this request comes due to pre-existing commitments of Plaintiff's counsel, including briefing due in other cases and travel scheduled over this response period. These reasons provide good cause for an extension. This request is made in good faith and not for purposes of delay.

WHEREFORE Plaintiff hereby respectfully requests that the Court grant this unopposed motion for an extension of time until September 12, 2023, for Plaintiff to file her response to Defendants' Joint Motion to Dismiss.

Dated: July 18, 2023.

**BOISE MATTHEWS DONEGAN LLP**

/s Bridget M. Donegan
Bridget M. Donegan
    OSB No. 103753
805 SW Broadway, Suite 1900
Portland, OR 97205
(503) 228-0487
bridget@boisematthews.com

**FOLEY HOAG LLP**
Christopher E. Hart
    MA BBO No. 625031
Anthony D. Mirenda
    MA BBO No. 550587
Andrew Loewenstein
    MA BBO No. 648074
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
chart@foleyhoag.com
adm@foleyhoag.com
aloewenstein@foleyhoag.com

PAGE 3 – PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO
    RESPOND TO DEFENDANTS' JOINT MOTION TO DISMISS FIRST
    AMENDED COMPLAINT

**ELECTRONIC FRONTIER FOUNDATION**
David Greene
    CA Bar No. 160107
Sophia Cope
    CA Bar No. 233428
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333
davidg@eff.org
sophia@eff.org

**CENTER FOR JUSTICE AND ACCOUNTABILITY**
Daniel McLaughlin
    CA Bar No. 315326
Claret Vargas
    MA BBO No. 679565
Carmen Cheung Ka Man
    NY Bar No. 4132882
268 Bush St. #3432
San Francisco, CA 94104
(415) 544-0444
dmclaughlin@cja.org
cvargas@cja.org
ccheung@cja.org

*Attorneys for Plaintiff Loujain Hathloul Alhathloul*

PAGE 4 – PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' JOINT MOTION TO DISMISS FIRST AMENDED COMPLAINT