Nika Aldrich, OSB No. 160306
naldrich@schwabe.com
**SCHWABE, WILLIAMSON & WYATT, P.C.**
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: (503) 222-9981
Facsimile: (503) 796-2900

Anthony T. Pierce (*pro hac vice*)
apierce@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K St., N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

Natasha G. Kohne (*pro hac vice*)
nkohne@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
100 Pine St., Suite 3200
San Francisco, CA 94111
Telephone: (415) 765-9500
Facsimile: (415) 765-9501

*Attorneys for Defendant DarkMatter Group*

Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
**SNELL & WILMER L.L.P.**
601 SW 2nd Ave., Suite 2000
Portland, OR 97204
Telephone: (503) 624-6800
Facsimile: (503) 624-6888

*Attorney for Defendants Marc Baier, Ryan Adams, and Daniel Gericke*

*(Complete list of counsel appears on signature page)*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LOUJAIN HATHLOUL ALHATHLOUL,<br><br>                 Plaintiff,<br>    v.<br><br>DARKMATTER GROUP, MARC BAIER, RYAN ADAMS, and DANIEL GERICKE,<br><br>                 Defendants. | Case No. 3:21-cv-01787-IM<br><br>**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

DEFENDANTS' NOTICE OF SUPPLEMENTAL
AUTHORITY

In support of their motion to dismiss, Defendants submit *Briskin v. Shopify, Inc.*, No. 22-15815 (9th Cir. Nov. 28, 2023) (Exhibit A).[1]  A California resident sued Shopify, "a web-based payment processing platform," under "privacy and unfair competition laws" because it allegedly concealed that it was "extracting and retaining" consumer data and "tracking" customers.  Op. 4-5.  In holding that Shopify was not subject to personal jurisdiction in California, the court emphasized multiple relevant principles:

*First*, while "a rigid analytical distinction between purposeful direction and purposeful availment is not always helpful or appropriate," claims that "sound classically in tort" "are most naturally analyzed under the purposeful direction framework."  Op. 10 (citing *Davis v. Cranfield Aerospace Sols., Ltd.*, 71 F.4th 1154, 1162 (9th Cir. 2023)).

*Second*, contacts do not arise out of or relate to a plaintiff's claims unless they "cause[d] [plaintiff's] harm" or have "a strong, direct connection" to the claims.  Op. 13-14.  The "extraction and processing of [plaintiff's] personal information" had "nothing to do with" defendant's general business contacts.  Op. 15.  Even if such contacts "set the wheels in motion for [defendant] to eventually inflict privacy-related harm," that "butterfly effect theory of specific jurisdiction would be far too expansive to satisfy due process."  *Id.*

*Third*, plaintiff's "California connection" did *not* "matter to the analysis."  Op. 15-16.  When a plaintiff's injuries are "entirely personal to [her] and would follow [her] wherever [she] might choose to live or travel," there is no express aiming even if defendants allegedly directed conduct at someone whom they "knew had [forum] connections."  Op. 18-19 (quoting *Picot v.*

---

[1] Pursuant to FRAP 28(j), Defendants limit this notice to 350 words, but will file a supplemental brief at the Court's request.

Page 1    DEFENDANTS' NOTICE OF SUPPLEMENTAL
         AUTHORITY

*Weston*, 780 F.3d 1206, 1215 (9th Cir. 2015); *Walden v. Fiore*, 571 U.S. 277, 289 (2014)); *see also* Op. 4 (no express aiming when defendants "indifferent to the location" of plaintiff).

*Finally*, jurisdictional discovery is not appropriate based on "[a] mere hunch that [it] might yield jurisdictionally relevant facts"—particularly when "[t]he problems with [plaintiff's] theory of personal jurisdiction are endemic to the nature of [her] claims." Op. 33-34.

|  | Respectfully submitted, |
|---|---|
| Dated:  November 30, 2023 | **SCHWABE, WILLIAMSON & WYATT, P.C.**<br><br>*s/ Nika Aldrich*<br>Nika Aldrich, OSB No. 160306<br>Telephone: (503) 222-9981<br><br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br><br>*s/ Anthony T. Pierce*<br>Anthony T. Pierce (*pro hac vice*)<br>apierce@akingump.com<br>James E. Tysse (*pro hac vice*)<br>jtysse@akingump.com<br>Caroline L. Wolverton (*pro hac vice*)<br>cwolverton@akingump.com<br>2001 K St., N.W.<br>Washington, D.C.  20006<br>Telephone: (202) 887-4000<br><br>Natasha G. Kohne (*pro hac vice*)<br>Telephone: (415) 765-9500<br><br>ATTORNEYS FOR DEFENDANT DARKMATTER GROUP<br><br>**SNELL & WILMER L.L.P.**<br><br>*s/ Clifford S. Davidson*<br>Clifford S. Davidson, OSB No. 125378<br>Telephone: (503) 624-6800<br><br>ATTORNEY FOR DEFENDANTS MARC BAIER, RYAN ADAMS, AND DANIEL GERICKE |