**Nika Aldrich**, OSB #160306
Email: naldrich@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

*Of Attorneys for Defendant
DarkMatter Group*

**Clifford S. Davidson**, OSB #125378
Email: csdavidson@swlaw.com
SNELL & WILMER L.L.P.
1455 SW Broadway, Suite 1750
Portland, OR 97201
Telephone: (503) 624-6800
Facsimile: (503) 624-6888

*Attorney for Defendants
Marc Baier, Ryan Adams, and Daniel Gericke*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LOUJAIN HATHLOUL ALHATHLOUL,**<br><br>Plaintiff,<br><br>vs.<br><br>**DARKMATTER GROUP, MARC BAIER, RYAN ADAMS, AND DANIEL GERICKE,**<br><br>Defendants. | No. 3:21-cv-01787-IM<br><br>**JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS DARKMATTER GROUP, MARC BAIER, RYAN ADAMS, AND DANIEL GERICKE TO RESPOND TO PLAINTIFF'S MOTION FOR LIMITED JURISDICTIONAL DISCOVERY AND TO HOLD IN ABEYANCE DEFENDANTS' JOINT MOTION TO DISMISS (ECF 76)** |

Page 1 -   JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Fax:503-796-2900

## LOCAL RULE 7-1 CERTIFICATION

The undersigned counsel certify that counsel for Defendant DarkMatter and counsel for the Individual Defendants have conferred with Plaintiff's counsel, and Plaintiff does not oppose this motion.

## JOINT MOTION

Defendants DarkMatter Group ("DarkMatter"), Marc Baier, Ryan Adams, and Daniel Gericke, ("Individual Defendants," and collectively, "Defendants") by and through their undersigned counsel, hereby submit this Joint Unopposed Motion for Extension of Time to Respond to Plaintiff's Limited Motion for Jurisdictional Discovery and to Hold in Abeyance Defendants' Joint Motion to Dismiss (ECF 76.) Defendants seek an extension of 14 days to respond to Plaintiff's Motion—until January 23, 2024.

Defendants request this brief extension because Plaintiff filed her motion over the Christmas holidays, on December 26, and Defendants' response is currently due on January 9, 2024. Due to the holiday season, many of the counsel for Defendants are out of the office on vacation and are unable to sufficiently respond in that short amount of time.

Good cause exists and Defendants respectfully request that the Court grant this unopposed motion to extend the time by 14 days—until January 23, 2024—for Defendants DarkMatter, Marc Baier, Ryan Adams, and Daniel Gericke to respond to Plaintiff's Motion. This request is made in good faith and not for purposes of delay.

Dated this 26th day of December, 2023.

Respectfully submitted,

| | |
|---|---|
| SNELL & WILMER L.L.P. | SCHWABE, WILLIAMSON & WYATT, P.C. |
| *s/ Clifford S. Davidson* (by permission) | *s/ Nika Aldrich* |
| Clifford S. Davidson, OSB No. 125378 | Nika Aldrich, OSB #160306 |
| csdavidson@swlaw.com | Email: naldrich@schwabe.com |

*Attorney for Defendants*
*Marc Baier, Ryan Adams, and Daniel Gericke*

Page 2 -   JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Fax:503-796-2900

Anthony T. Pierce (*pro hac vice*)
Email:  apierce@akingump.com
Caroline L. Wolverton (*pro hac vice*)
Email:  cwolverton@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, D.C. 20006
Tel: (202) 887-4000
Fax: (202) 887-4288

Natasha G. Kohne (*pro hac vice*)
Email:  nkohne@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Tel: (415) 765-9500
Fax: (415) 765-9501

*Attorneys for Defendant DarkMatter*

Page 3 -   JOINT UNOPPOSED MOTION FOR EXTENSION OF
TIME FOR DEFENDANTS TO RESPOND TO
PLAINTIFF'S MOTION

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax:503-796-2900

PDX\139094\270787\NFA\40942721.1