UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LOUJAIN HATHLOUL ALHATHLOUL, <br><br> *Plaintiff,* <br> v. <br><br> DARKMATTER GROUP, <br> MARC BAIER, <br> RYAN ADAMS, and <br> DANIEL GERICKE <br><br> *Defendants*. | Civil No. 3:21-cv-01787-IM <br><br> **DECLARATION OF DANIEL GERICKE** |

I, Daniel Gericke, hereby declare as follows:

1. I formerly worked as an employee of DarkMatter Group.

2. During my employment with DarkMatter Group, I was seconded to the UAE's National Electronic Security Authority (NESA).

3. Before beginning work for NESA, I entered into a non-disclosure agreement with that agency that designates all of the information I obtained while working for NESA as confidential and requires me to keep it confidential and not disclose it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16 day of March 2024 in Singapore.

_____
Daniel Gericke