# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | | |
|---|---|---|
| LOUJAIN HATHLOUL ALHATHLOUL, | ) | |
| | ) | Civil No. 3:21-cv-01787-IM |
| *Plaintiff,* | ) | |
| v. | ) | |
| | ) | **DECLARATION OF RYAN ADAMS** |
| DARKMATTER GROUP, | ) | |
| MARC BAIER, | ) | |
| RYAN ADAMS, and | ) | |
| DANIEL GERICKE | ) | |
| | ) | |
| *Defendants*. | ) | |

I, Ryan Adams, hereby declare as follows:

1. I formerly worked as an employee of DarkMatter Group.

2. During my employment with DarkMatter Group, I was seconded to the UAE's National Electronic Security Authority (NESA).

3. Before beginning work for NESA, I entered into a non-disclosure agreement with that agency that designates all of the information I obtained while working for NESA as confidential and requires me to keep it confidential and not disclose it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of March 2024 in Abu Dhabi, UAE.

*DocuSigned by:*

*Ryan Adams*

5C5600A380694D8...

Ryan Adams