**Bridget M. Donegan**, OSB No. 103753
BOISE MATTHEWS DONEGAN LLP
805 SW Broadway, Suite 1900
Portland, OR 97205
(503) 228-0487
bridget@boisematthews.com

   *Of attorneys for Plaintiff Loujain Hathloul Alhathloul*

**Nika Aldrich**, OSB #160306
Email: naldrich@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

   *Of Attorneys for Defendant DarkMatter Group*

**Clifford S. Davidson**, OSB #125378
Email:  csdavidson@swlaw.com
SNELL & WILMER L.L.P.
601 SW Second Avenue, Suite 2000
Portland, OR 97204
Telephone: (503) 624-6800
Facsimile: (503) 624-6888

   *Attorney for Defendants*
   *Marc Baier, Ryan Adams, and Daniel Gericke*

*(A complete list of counsel appears on the signature page.)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **LOUJAIN HATHLOUL ALHATHLOUL,**<br><br>            Plaintiff,<br><br>   vs.<br><br>**DARKMATTER GROUP, MARC BAIER, RYAN ADAMS, AND DANIEL GERICKE,**<br><br>            Defendants. | No. 3:21-cv-01787-IM<br><br>**JOINT MOTION TO EXTEND JURISDICTIONAL DISCOVERY PERIOD** |

## CERTIFICATION PURSUANT TO L.R. 7-1

The undersigned hereby certify that they have met and conferred, and that they mutually consent to the requests sought herein.

## JOINT MOTION TO EXTEND 60-DAY JURISDICTIONAL DISCOVERY PERIOD

NOW COME the parties to the above-captioned action and, by and through their undersigned counsel, jointly move to extend the 60-day period for jurisdictional discovery by an additional 13 days.

Plaintiff filed a Joint Proposed Jurisdictional Discovery Order on March 29, 2024 proposing that jurisdictional discovery shall be completed by no later than 60 days of the proposed order. (ECF 89). On March 29, 2024, the Court ordered the parties to conduct limited jurisdictional discovery consistent with the Joint Proposed Jurisdictional Discovery Order. (ECF 90). Thus, jurisdictional discovery was ordered to be complete by no later than May 28, 2024. The parties jointly move the Court to extend the jurisdictional discovery period for an additional 13 days, thereby extending the deadline until June 10, 2024.

This joint request comes due to the need to accommodate the schedules and obligations of overseas witnesses who will participate in jurisdictional discovery. The parties respectfully submit that these reasons provide good cause for the requested extension.

WHEREFORE, the parties jointly request that the Court grant this motion to extend the 60-day period for jurisdictional discovery by an additional 13 days, thereby extending the deadline until June 10, 2024.

DATED this 30th day of May, 2024.

Respectfully submitted,

| | |
|---|---|
| BOISE MATTHEWS DONEGAN LLP<br>Bridget M. Donegan, OSB No. 103753<br>bridget@boisematthews.com | SCHWABE, WILLIAMSON & WYATT, P.C.<br><br>*s/ Nika Aldrich*<br>Nika Aldrich, OSB #160306<br>Email: naldrich@schwabe.com |
| *s/ Christopher E. Hart* (by permission)<br>Christopher E. Hart (*pro hac vice*)<br>Anthony D. Mirenda (*pro hac vice*)<br>Andrew Loewenstein (*pro hac vice*)<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA 02210<br>(617) 832-1000<br>chart@foleyhoag.com<br>adm@foleyhoag.com<br>aloewenstein@foleyhoag.com | Anthony T. Pierce (*pro hac vice*)<br>Email: apierce@akingump.com<br>Caroline L. Wolverton (*pro hac vice*)<br>Email: cwolverton@akingump.com<br>James E. Tysse (*pro hac vice*)<br>Email: jtysse@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2001 K Street N.W.<br>Washington, D.C. 20006<br>Tel: (202) 887-4000<br>Fax: (202) 887-4288 |
| Carmen Cheung (*pro hac vice*)<br>Claret M. Vargas (*pro hac vice*)<br>Daniel McLaughlin<br>CENTER FOR JUSTICE AND ACCOUNTABILITY<br>268 Bush Street, #3432<br>San Francisco, CA 94104<br>ccheung@cja.org<br>cvargas@cja.org | Natasha G. Kohne (*pro hac vice*)<br>Email: nkohne@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>580 California Street, Suite 1500<br>San Francisco, CA 94104<br>Tel: (415) 765-9500<br>Fax: (415) 765-9501<br><br>*Attorneys for Defendant DarkMatter* |
| David Greene (*pro hac vice*)<br>Sophia Cope (*pro hac vice*)<br>ELECTRONIC FRONTIER FOUNDATION<br>815 Eddy Street<br>San Francisco, CA 94109<br>(415) 436-9333<br>davidg@eff.org<br>sophia@eff.org<br><br>*Attorneys for Plaintiff* | SNELL & WILMER L.L.P.<br><br>*s/ Clifford S. Davidson* (by permission)<br>Clifford S. Davidson, OSB No. 125378<br>csdavidson@swlaw.com<br><br>*Attorney for Defendants*<br>*Marc Baier, Ryan Adams, And Daniel Gericke* |

Page 3 –   JOINT MOTION TO EXTEND JURISDICTIONAL DISCOVERY PERIOD