**BOISE MATTHEWS DONEGAN LLP**
Kendra Matthews, OSB #975672
805 SW Broadway, Suite 1900
Portland, OR 97205
(503) 416-2067
kendra@boisematthews.com

*Attorneys for Plaintiff Loujain Hathloul Alhathloul*

**Nika Aldrich**, OSB #160306
Email: naldrich@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: (503) 222-9981
Facsimile: (503) 796-2900

*Attorneys for Defendant DarkMatter Group*

**Clifford S. Davidson**, OSB #125378
Email: csdavidson@swlaw.com
SNELL & WILMER L.L.P.
601 SW Second Avenue, Suite 2000
Portland, OR 97204
Telephone: (503) 624-6800
Facsimile: (503) 624-6888

*Attorney for Defendants Marc Baier, Ryan Adams, & Daniel Gericke*

*(A complete list of counsel appears on the signature page.)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| LOUJAIN HATHLOUL ALHATHLOUL,<br><br>                           Plaintiff,<br>v.<br><br>DARKMATTER GROUP,<br>MARC BAIER,<br>RYAN ADAMS, and<br>DANIEL GERICKE<br><br>                           Defendants.<br>_____ | Civil No. 3:21-cv-01787-IM<br><br>**JOINT STATUS REPORT REGARDING JURISDICTIONAL DISCOVERY** |

The parties to the above-captioned action, by and through their undersigned counsel, hereby provide the following joint status report, as directed by this Court in an Order dated June 17, 2024 (ECF 97).

1.    On March 29, 2024, the day this Court approved of the parties' proposed jurisdictional discovery schedule (ECF 90), Plaintiff served on Defendants requests for production previously modified and then approved by the Court in its March 22, 2024 Order limiting the scope of jurisdictional discovery (ECF 88).  Each of the Defendants responded to Plaintiff's requests for production in writing on April 12, 2024.  Based on their written responses, none of the Defendants have produced any documents to Plaintiff.

2.    Plaintiff also served interrogatories on Defendants on March 29, 2024, and each of the Defendants responded in writing on April 12, 2024.  In response to each of Plaintiff's interrogatories, as modified and then approved by this Court in its March 22, 2024 Order, Defendants indicated that they lacked relevant knowledge and could not provide the requested information.

PAGE 2 – JOINT STATUS REPORT

3.  On May 17, 2024, Plaintiff took the deposition of Samer Khalife, the individual Defendant DarkMatter Group selected as its Rule 30(b)(6) designee. On May 24, 2024, Plaintiff took the deposition of Defendant Ryan Adams. On June 3, 2024, Plaintiff took the deposition of Defendant Daniel Gericke. And on June 11, 2024, Plaintiff took the deposition of Defendant Marc Baier. Counsel for Defendants instructed the deponents not to answer certain questions on the ground that they exceeded the scope of discovery directed by the Court. Counsel for Plaintiff noted on the record in each of the depositions that Plaintiff was leaving the deposition open based on counsel for Defendants' instructions not to answer.

4.  In light of Defendants' answers to Plaintiff's discovery requests and the instructions not to answer by counsel for Defendants during the previous depositions, Plaintiff intends to move to compel. Defendants intend to contest Plaintiff's motion.

5.  The parties propose the following briefing schedule for Plaintiff's forthcoming motion to compel:

- Plaintiff's motion and opening brief due on July 12, 2024;
- Defendants' opposition due on July 26, 2024; and
- Plaintiff's reply due on August 2, 2024.

WHEREFORE, the parties respectfully request that the Court enter the proposed briefing schedule set forth above.

Dated: June 21, 2024

Respectfully submitted,

| | |
|---|---|
| BOISE MATTHEWS DONEGAN LLP<br>Kendra Matthews<br>kendra@boisematthews.com<br><br>/s/ *Christopher E. Hart*<br>Christopher E. Hart (*pro hac vice*)<br>Anthony D. Mirenda (*pro hac vice*)<br>Andrew Loewenstein (*pro hac vice*)<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA 02210<br>(617) 832-1000<br>chart@foleyhoag.com<br>adm@foleyhoag.com<br>aloewenstein@foleyhoag.com<br><br>Carmen Cheung (*pro hac vice*)<br>Claret M. Vargas (*pro hac vice*)<br>Daniel McLauglin<br>CENTER FOR JUSTICE AND ACCOUNTABILITY<br>268 Bush St. #3432<br>San Francisco, CA 94104<br>(415) 544-0444<br>dmclaughlin@cja.org<br>cvargas@cja.org<br>ccheung@cja.org<br><br>David Greene (*pro hac vice*)<br>Sophia Cope (*pro hac vice*)<br>ELECTRONIC FRONTIER FOUNDATION<br>815 Eddy Street<br>San Francisco, CA 94109<br>(415) 436-9333<br>davidg@eff.org<br>sophia@eff.org<br><br>*Attorneys for Plaintiff* | SCHWABE, WILLIAMSON & WYATT, P.C.<br><br>*/s/ Caroline L. Wolverton*<br>Nika Aldrich, OSB #160306<br>Email: naldrich@schwabe.com<br><br>Anthony T. Pierce (*pro hac vice*)<br>Email: apierce@akingump.com<br>Caroline L. Wolverton (*pro hac vice*)<br>Email: cwolverton@akingump.com<br>James E. Tysse (*pro hac vice*)<br>Email: jtysse@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2001K Street N.W.<br>Washington, D.C. 20006<br>Tel: (202) 887-4000<br>Fax: (202) 887-4288<br><br>Natasha G. Kohne (*pro hac vice*)<br>Email: nkohne@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>580 California Street, Suite 1500<br>San Francisco, CA 94104<br>Tel: (415) 765-9500<br>Fax: (415) 765-9501<br><br>*Attorneys for Defendant DarkMatter*<br><br>SNELL & WILMER L.L.P.<br><br>*/s/ Clifford S. Davidson*<br>Clifford S. Davidson, OSB #125378<br>Email: csdavidson@swlaw.com<br><br>*Attorney for Defendants Marc Baier, Ryan Adams, and Daniel Gericke* |

PAGE 4 – JOINT STATUS REPORT