Clifford S Davidson, OSB No. 125378
csdavidson@swlaw.com
SNELL & WILMER L.L.P.
601 SW 2nd Ave, Suite 2000
Portland, Oregon  97204
Telephone:  503.624.6800
Facsimile:  503.624.6888
*Attorneys for Defendants Marc Baier, Ryan Adams
and Daniel Gericke*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| LOUJAIN HATHLOUL ALHATHLOUL,<br><br>      Plaintiff,<br><br>vs.<br><br>DARKMATTER GROUP, MARC BAIER, RYAN ADAMS, and DANIEL GERICKE,<br><br>      Defendants. | Case No. 3:21-cv-01787-IM<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE LIMITED JURISDICTIONAL DISCOVERY** |

## LR 7-1 CERTIFICATION

Undersigned counsel conferred with Plaintiff's counsel. This is a joint motion.

## JOINT MOTION

The parties jointly move for an extension of time to complete the limited, jurisdictional discovery that the Court ordered in this matter. *See* ECF Nos. 80, 88. The current deadline to complete that discovery is September 9, 2024. As set forth below, good cause supports an extension of that deadline to October 31, 2024.

Plaintiff already has conducted the continued, limited Rule 30(b)(6) deposition of

defendant DarkMatter's corporate designee. Plaintiff and DarkMatter have been conferring about a discovery dispute related to that deposition. They have reached an agreement to attempt to resolve that dispute without Court involvement and are in the process of conferring in that regard.

These developments and the schedule of undersigned counsel necessitate conducting the Individual Defendants in late September and into October. Counsel for the Individual Defendants has jury duty the week of September 9, is visiting a relative in hospice immediately thereafter, will be in trial in Washington County from September 24 to October 1, and then out of the country on a prepaid trip, in a country in which none of the defendants resides, from October 2 to October 18. Accordingly, the parties have agreed to schedule the Individual Defendants' depositions on September 20, October 22, and October 24.

For these reasons, the parties jointly and respectfully request that the Court extend the deadline for limited jurisdictional discovery to October 31.

| | |
|---|---|
| DATED this 30th day of August, 2024. | **SNELL & WILMER L.L.P.** |
| | */s/ Clifford S. Davidson* |
| | Clifford S. Davidson, OSB No. 125378 |
| | *Attorneys for Defendants Marc Baier, Ryan Adams and Daniel Gericke* |
| DATED this 30th day of August, 2024. | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| | */s/ Anthony T. Pierce* |
| | Anthony T. Pierce (*pro hac vice*) |
| | apierce@akingump.com |
| | James E. Tysse (*pro hac vice*) |
| | jtysse@akingump.com |
| | Caroline L. Wolverton (*pro hac vice*) |
| | cwolverton@akingump.com |
| | 2001 K St., N.W. |
| | Washington, D.C.  20006 |

Telephone: (202) 887-4000
Facsimile: (202) 887-4288

**SCHWABE, WILLIAMSON & WYATT, P.C.**
Nika Aldrich, OSB No. 160306
naldrich@schwabe.com
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: (503) 222-9981
Facsimile: (503) 796-2900

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Natasha G. Kohne (*pro hac vice*)
nkohne@akingump.com
580 California St.
Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501

*Attorneys for Defendant DarkMatter Group*

DATED this 30th day of August, 2024.

**FOLEY HOAG LLP**

*/s/ Christopher E. Hart*
Christopher E. Hart, MA BBO No. 625031
Anthony D. Mirenda, MA BBO No. 550587
Andrew Loewenstein, MA BBO No. 648074
155 Seaport Boulevard
Boston, MA 02210
 (617) 832-1000
chart@foleyhoag.com
adm@foleyhoag.com
aloewenstein@foleyhoag.com

**TONKON TORP LLP**
Stephanie J. Grant, OSB No. 154957
Direct:  503.802.5736
Email:  stephanie.grant@tonkon.com
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Facsimile:  503.274.8779

**ELECTRONIC FRONTIER FOUNDATION**
David Greene, CA Bar No. 160107
Sophia Cope, CA Bar No. 233428
815 Eddy Street

San Francisco, CA 94109
(415) 436-9333
davidg@eff.org
sophia@eff.org

**CENTER FOR JUSTICE AND ACCOUNTABILITY**
Daniel McLaughlin, CA Bar No. 315326
Claret Vargas, MA BBO No. 679565
Carmen Cheung Ka Man, NY Bar No. 4132882
268 Bush St. #3432
San Francisco, CA 94104
(415) 544-0444
dmclaughlin@cja.org
cvargas@cja.org
ccheung@cja.org

*Attorneys for Plaintiff Loujain Hathloul Alhathloul*

4887-6194-8894

JOINT MOET - 4