Clifford S Davidson, OSB No. 125378
csdavidson@swlaw.com
SNELL & WILMER L.L.P.
601 SW 2nd Ave, Suite 2000
Portland, Oregon  97204
Telephone:  503.624.6800
Facsimile:  503.624.6888
Attorneys for Defendants Marc Baier, Ryan Adams,
and Daniel Gericke

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| LOUJAIN HATHLOUL ALHATHLOUL, | Case No. 3:21-cv-01787-IM |
| Plaintiff, | **INDIVIDUAL DEFENDANTS' RESPONSE TO MINUTE ORDER OF JANUARY 31, 2025** |
| vs. | |
| DARKMATTER GROUP, MARC BAIER, RYAN ADAMS, and DANIEL GERICKE, | |
| Defendants. | |

Although there are sufficient grounds to dismiss the Alien Tort Statute claim regardless of the views of the State Department, including the lack of personal jurisdiction over any defendant and the lack of subject-matter jurisdiction over the ATS claim, the Individual Defendants do not object to the Court's requesting the State Department's views and defer to the Court's sound discretion.

DATED this 5th day of February, 2025.          SNELL & WILMER L.L.P.


                                               /s/ Clifford S. Davidson
                                               _____
                                               Clifford S. Davidson, OSB No. 125378

                                               Attorneys for Defendants Marc Baier, Ryan
                                               Adams, and Daniel Gericke


4931-0918-5303

Snell & Wilmer
601 SW 2nd Ave, Suite 2000
Portland, Oregon  97204
503.624.6800